RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>ELAVON, INC. and 7231911 CANADA INC. D/B/A DIGITECH PAYMENTS,<br><br>                    Defendants. | Case No. 2:20-cv-02960-SVW-MAA<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ELAVON, INC. |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff TERRY FABRICANT, by his undersigned counsel, gives notice of the voluntary dismissal of this action without prejudice as to Defendant ELAVON, INC.[1]

---

[1] Plaintiff is not dismissing his claim against Defendant 7231911 CANADA INC., and will be filing an amended complaint reflecting the dismissal of Defendant ELAVON, INC. only.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
*Fabricant v. Elavon, Inc., et. al.*

| | | |
|---|---|---|
| 1 | Dated: September 8, 2020 | By: */s/ Rachel E. Kaufman* |

Dated: September 8, 2020          By: */s/ Rachel E. Kaufman*
RACHEL E. KAUFMAN
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff Terry Fabricant and the Proposed Class*