```
RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com
```

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7231911 CANADA INC. D/B/A DIGITECH PAYMENTS,<br><br>Defendant. | Case No. 2:20-cv-02960-SVW-MAA<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Terry Fabricant ("Plaintiff") and Defendant 7231911 Canada Inc. d/b/a Digitech Payments stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: May 28, 2021 | By: */s/ Rachel E. Kaufman* <br> Rachel E. Kaufman (Cal Bar No. 259353) <br> rachel@kaufmanpa.com <br> KAUFMAN P.A. <br> 400 NW 26th Street <br> Miami, FL 33127 <br> Telephone: (305) 469-5881 |
|   | *Attorney for Plaintiff and the putative Class* |
|   | Respectfully submitted, |
| Dated: May 28, 2021 | By: */s/ Stephen A. Watkins* <br> Stephen A. Watkins <br> watkinss@cmtlaw.com <br> CARLSON & MESSER LLP <br> 5901 W. Century Blvd. #1200 <br> Los Angeles, CA 90045 <br> Telephone: (310) 242-2200 |
|   | *Attorney for Defendant* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman

-2-

Stipulation of Dismissal
Case No. 2:20-cv-02960-SVW-MAA