JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7231911 CANADA INC. D/B/A DIGITECH PAYMENTS,<br><br>Defendant. | Case No. 2:20-cv-02960-SVW-MAA<br><br>**ORDER** |

Pursuant to the parties' stipulation of dismissal, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** this 4th day of June 2021.

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE